**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ALABAMA

Case number *(if known)* _____ Chapter **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **WALCO Transport, LLC** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-4566771** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4112 Kesteven Drive** **Birmingham, AL 35242** | **P O Box 383264** **Birmingham, AL 35238** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Jefferson** | **Location of principal assets, if different from principal place of business** |
| County | **2600 Republic Boulevard Birmingham, AL 35214** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case 23-02156-DSC7   Doc 1   Filed 06/18/23   Entered 06/18/23 16:18:51   Desc Main
Document   Page 1 of 33

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| | District | When | | Case number | |
| | District | When | | Case number | |

Case 23-02156-DSC7    Doc 1    Filed 08/18/23    Entered 08/18/23 16:18:51    Desc Main
Document    Page 2 of 33

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____            Relationship _____

District _____ When _____ Case number, if known _____

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.      Insurance agency _____

Contact name _____

Phone _____

██ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds** .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

☐ $50,001 - $100,000　　☐ $10,000,001 - $50  million　　☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000　　☐ $50,000,001 - $100 million　　☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million　　☐ $100,000,001 - $500 million　　☐ More than $50 billion

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __August 18, 2023__
MM / DD / YYYY

**X** __/s/ Derrick Dwayne Walker__
Signature of authorized representative of debtor

__Derrick Dwayne Walker__
Printed name

Title __Owner__

**18. Signature of attorney**

**X** __/s/ GINA H. MCDONALD__
Signature of attorney for debtor

Date __August 18, 2023__
MM / DD / YYYY

__GINA H. MCDONALD ASB-1561-R77M__
Printed name

__Gina H. McDonald & Associates, LLC__
Firm name

__2057 Valleydale Road__
__Suite 202__
__Birmingham, AL 35244__
Number, Street, City, State & ZIP Code

Contact phone __205-982-3325__    Email address

__ASB-1561-R77M AL__
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **WALCO Transport, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ALABAMA

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 18, 2023**      *X* **/s/ Derrick Dwayne Walker**
                                      Signature of individual signing on behalf of debtor

                                       **Derrick Dwayne Walker**
                                       Printed name

                                       **Owner**
                                       Position or relationship to debtor

Fill in this information to identify the case:

Debtor name   **WALCO Transport, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ALABAMA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*...............................................................................................................  $ _____ **0.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.............................................................................................................  $ _____ **0.00**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*...............................................................................................................  $ _____ **0.00**

| Part 2: | Summary of Liabilities |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................  $ _____ **0.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................  $ _____ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................  +$ _____ **785,860.00**

4. **Total liabilities** ..................................................................................................................
   Lines 2 + 3a + 3b        $ _____ **785,860.00**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **WALCO Transport, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

Fill in this information to identify the case:

Debtor name     **WALCO Transport, LLC**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF ALABAMA

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Debtor name **WALCO Transport, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,600.00 |
|---|---|---|---|

**ADT**
**21171 S Western Ave**
**Torrance, CA 90501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Business Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,649.00 |
|---|---|---|---|

**Alabama Power Company**
**PO Box 242**
**Birmingham, AL 35292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Business Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Allied Benefit Systems, LLC**
**200 W Adams Suite 500**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Business Account**

Last 4 digits of account number  **2905**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,092.00 |
|---|---|---|---|

**Allstate Insurance**
**2775 Sanders Rd Ste F7**
**Northbrook, IL 60062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Business Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,766.29** |
|---|---|---|---|

**BARR Credit Services**
**4555 S Palo Verde Rd Suite 125**
**Tucson, AZ 85714**

Date(s) debt was incurred __2022__

Last 4 digits of account number __9514__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**BRC**
**1500 1st Ave No #2**
**Birmingham, AL 35203**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,158.35** |
|---|---|---|---|

**Brown & Joseph, LLC**
**P O Box 249**
**Itasca, IL 60143**

Date(s) debt was incurred __2022__

Last 4 digits of account number __0001__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Account Principal Financial__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,800.00** |
|---|---|---|---|

**Citi**
**PO Box 6497**
**Sioux Falls, SD 57117**

Date(s) debt was incurred __2022__

Last 4 digits of account number __9301__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Account__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,232.89** |
|---|---|---|---|

**COMDATA**
**P O BOX 100647**
**Atlanta, GA 30384**

Date(s) debt was incurred __2022__

Last 4 digits of account number __C114__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,000.00** |
|---|---|---|---|

**Forward Financing LLC**
**53 State St 20th Floor**
**Boston, MA 02109**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
|---|---|---|---|

**Fox Capital Group, INC**
**140 Broadway Fl 46**
**New York, NY 10005**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Jefferson County Commission**
**716 Richard Arrington Blvd North**
**Suite A430**
**Birmingham, AL 35203**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim:  **Business Mortgage**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,200.00** |
|---|---|---|---|

**Labella**
**1604 Ownby Lane**
**Richmond, VA 23220**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim:  **Business Account**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,000.00** |
|---|---|---|---|

**LG Funding LLC**
**1218 Union Street**
**Brooklyn, NY 11225**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim:  **Business MCA**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,321.00** |
|---|---|---|---|

**Liberty Mutual**
**1200 Corporate Dr., Ste 100**
**Birmingham, AL 35242**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim:  **Business Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45,000.00** |
|---|---|---|---|

**Orange Capital**
**c/o Berkovitch & Bouskila PLLC**
**80 Broad Street Suite 3303**
**New York, NY 10005**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim:  **MCA**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00** |
|---|---|---|---|

**Penske**
**2675 Morgantown Rd**
**Reading, PA 19607**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim:  **Business Account**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,158.00** |
|---|---|---|---|

**Principal Life Insurance**
**700 High Street**
**Attn: SBD administration**
**Des Moines, IA 50392**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim:  **Business Account**

Last 4 digits of account number **9493**

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,000.00** |
|---|---|---|---|

**Regions Bank**
**PO Box 10063**
**Birmingham, AL 35202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Business Line of credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,292.00** |
|---|---|---|---|

**Regions Bank**
**PO Box 10063**
**Birmingham, AL 35202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Business Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,100.00** |
|---|---|---|---|

**Regions Bank**
**PO Box 2224**
**Birmingham, AL 35246-0026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Business Deposit Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,000.00** |
|---|---|---|---|

**Sabre Finance**
**2 Twentieth Street North Suite 1150**
**Birmingham, AL 35203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,000.00** |
|---|---|---|---|

**The Avanza Group**
**3974 Amboy Road Suite 306**
**Staten Island, NY 10308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Business Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,517.66** |
|---|---|---|---|

**The Leviton Law Firm, LTD**
**One Pierce Place Suite 725W**
**Itasca, IL 60143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Business Account ADP**

Last 4 digits of account number **5617**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,369.31** |
|---|---|---|---|

**The Leviton Law Firm, LTD**
**One Pierce Place Suite 725W**
**Itasca, IL 60143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Business Account Pilot Flying J Fleet**

Last 4 digits of account number **8175**

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |
|---|---|---|---|

**3.26**

Nonpriority creditor's name and mailing address

**The Sheffield Group**
**900 Corporate Dr**
**Birmingham, AL 35242**

Date(s) debt was incurred  2022

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Account

Is the claim subject to offset? ■ No ☐ Yes

$2,400.00

---

**3.27**

Nonpriority creditor's name and mailing address

**U S Small Business Administration**
**14925 Kingsport Road**
**Fort Worth, TX 76155**

Date(s) debt was incurred  2021

Last 4 digits of account number  7402

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Account

Is the claim subject to offset? ■ No ☐ Yes

$141,000.00

---

**3.28**

Nonpriority creditor's name and mailing address

**Unique Funding Solutions, LLC**
**71 S Central Ave Suite 200**
**Valley Stream, NY 11580**

Date(s) debt was incurred  2021

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Account MCA

Is the claim subject to offset? ☐ No ☐ Yes

$45,000.00

---

**3.29**

Nonpriority creditor's name and mailing address

**Verizon Wireless**
**PO Box 660108**
**Dallas, TX 75266**

Date(s) debt was incurred  2022

Last 4 digits of account number  0001

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Account

Is the claim subject to offset? ■ No ☐ Yes

$202.50

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **ADT Security Service**<br>**PO Box 650485**<br>**Dallas, TX 75265-0485** | Line  3.1<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **ADT Security Service**<br>**PO Box 371878**<br>**Pittsburgh, PA 15250-7490** | Line  3.1<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Alabama Power**<br>**PO Box 830728**<br>**Birmingham, AL 35283** | Line  3.2<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Allstate Insurance**<br>**PO Box 211651**<br>**Saint Paul, MN 55121** | Line  3.4<br><br>☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **Citi**<br>**PO Box 7389**<br>**Northbrook, IL 60065** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **COMDATA**<br>**5301 Maryland Way Suite 100**<br>**Brentwood, TN 37027** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Convergent Outsourcing, Inc.**<br>**PO Box 9004**<br>**Renton, WA 98057** | Line **3.29**<br><br>☐ Not listed. Explain ____ | **0200** |
| 4.8 | **James A Nadler**<br>**Aldridge Pite LLP**<br>**PO Box 52815**<br>**Atlanta, GA 30355** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Johnathan Neil & Associates, INC**<br>**18321 Ventura Blvd Suite 1000**<br>**Tarzana, CA 91356** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Liberty Mutual**<br>**PO Box 85830**<br>**San Diego, CA 92186** | Line **3.15**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Liberty Mutual Group**<br>**100 Corporate Pkwy Ste 225**<br>**Birmingham, AL 35242** | Line **3.15**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Liberty Mutual Group**<br>**175 Berkeley St**<br>**Boston, MA 02116** | Line **3.15**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Lieberman and Klestzick LLP**<br>**Yonatan Klestzick**<br>**71 S Central Avenue, 2nd Floor**<br>**Valley Stream, NY 11580** | Line **3.28**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **National Enterprise Systems**<br>**29125 Solon Road**<br>**Solon, OH 44139-3442** | Line **3.20**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **National Enterprise Systems**<br>**2479 Edison Blvd Unit A**<br>**Twinsburg, OH 44087** | Line **3.20**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Regions Bank**<br>**2479 Edison Blvd Unit A**<br>**Twinsburg, OH 44087** | Line **3.20**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **SBA**<br>**P O BOX 3918**<br>**Portland, OR 97208** | Line **3.27**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | WALCO Transport, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.18 | **The MB&W Building**<br>**26000 Cannon Rd**<br>**Bedford, OH 44146** | Line **3.29**<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 | **U S Small Business Administration**<br>**SBA Disaster Loan Service Center**<br>**2 North 20th Steet Suite 320**<br>**Birmingham, AL 35203** | Line **3.27**<br><br>☐ Not listed. Explain ____ | **7402** |
| 4.20 | **Yonatan Klestzick Esq**<br>**P O Box 356**<br>**Cedarhurst, NY 11516** | Line **3.28**<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 785,860.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 785,860.00 |

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **WALCO Transport, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ALABAMA

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Derrick Walker** | **4112 Kesteven Drive Birmingham, AL 35242** | **Verizon Wireless** | ☐ D _____ <br> ☑ E/F ___3.29___ <br> ☐ G _____ |
| 2.2 | **Derrick Walker** | **4112 Kesteven Drive Birmingham, AL 35242** | **Unique Funding Solutions, LLC** | ☐ D _____ <br> ☑ E/F ___3.28___ <br> ☐ G _____ |

Fill in this information to identify the case:

Debtor name **WALCO Transport, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$1,900,000.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| | | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| | | | |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| | | | |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Unique Funding Solutions**<br>**v**<br>**WALCO TRANSPORT,LLC**<br>**AND DERRICK WALKER**<br>**606722/2022** | **Collection** | **SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF NASSAU 100 SUPREME COURT DRIVE**<br>**Mineola, NY 11501** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **ORANGE CAPITAL**<br><br>**V**<br><br>**WALCO TRANSPORT;WALCO PUMPING SYSTMES, LLC;H N D MORTGAGE FUNDING;TEH ENTREPRENEURIAL NETWORK, LLC AND DERRICK DWAYNE WALKER**<br>**802577/2022** | **Collection** | **SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF ERIE 25 DELAWARE AVE**<br>**Buffalo, NY 14202** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8.  **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Debtor | WALCO Transport, LLC | Case number *(if known)* | |
|---|---|---|---|

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **ACIPO Baptist Church**<br>**1629 332nd Ave No**<br>**Birmingham, AL 35207** | **Office equipment, chairs, desks,**<br>**computuers, copiers** | **7/9/2022** | **Unknown** |
| | Recipients relationship to debtor<br>**None** | | | |

---

**Part 5:** Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

**Part 6:** Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Gina H McDonald & Assoc., LLC**<br>**2057 Valleydale Road, Suite 202**<br>**Birmingham, AL 35244** | **$3500 ATTORNEY FEE**<br>**$338 FILING FEE** | **June 2023** | **$3,838.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Gina H McDonald & Assoc., LLC**<br>**2057 Valleydale Road, Suite 202**<br>**Birmingham, AL 35244** | **$1750 Debt Negotiation Fee** | **November 2022** | **$1,750.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **BOISE CASCADE BUILDING MATERIALS DISTRIB 1111 W JEFFERSON SUITE 300 Boise, ID 83702** | **2600 REPUBLIC BLVD BIRMINGHAM, AL 35214** | **MAY 5, 2023** | **$930,000.00** |
| | **Relationship to debtor BONA FIDE PURCHASER** | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any storage kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Uhaul Storage 280 | DERRICK WALKER | **8 LARGE FILING CABINETS CONSISTING OF ALL DOCUMENTS RELATED TO THE TRUCKING INDUSTRY....FILES, DOD RECORDS, DRUG TEST, EMPLOYEE RECORDS** | ☐ No<br>■ Yes |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.

☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Haynes & Downard, LLP** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **Haynes & Downard, LLP** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| DERRICK DWAYNE WALKER | 4112 KESTEVEN DR Birmingham, AL 35242 | PRESIDENT/OWNER | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 18, 2023**

**/s/ Derrick Dwayne Walker**                                  **Derrick Dwayne Walker**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Northern District of Alabama

In re **WALCO Transport, LLC**      Case No. _____

Debtor(s)      Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | 3,500.00 |
   | Prior to the filing of this statement I have received | $ | 3,500.00 |
   | Balance Due | $ | 0.00 |

2. $ **338.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 18, 2023**
*Date*

/s/ GINA H. MCDONALD
**GINA H. MCDONALD ASB-1561-R77M**
*Signature of Attorney*
**Gina H. McDonald & Associates, LLC**
**2057 Valleydale Road**
**Suite 202**
**Birmingham, AL 35244**
**205-982-3325  Fax: 205-982-7070**
*Name of law firm*

---

**United States Bankruptcy Court**
**Northern District of Alabama**

In re   <u>**WALCO Transport, LLC**</u>

Debtor(s)

Case No. <u> </u>

Chapter   <u>**7**</u>

# VERIFICATION OF CREDITOR MATRIX

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   <u>**August 18, 2023**</u>

<u>**/s/ Derrick Dwayne Walker**</u>
**Derrick Dwayne Walker**/**Owner**
Signer/Title

ADT
21171 S Western Ave
Torrance, CA 90501

Derrick Walker
4112 Kesteven Drive
Birmingham, AL 35242

Principal Life Insurance
700 High Street
Attn: SBD administration
Des Moines, IA 50392

Alabama Power Company
PO Box 242
Birmingham, AL 35292

Forward Financing LLC
53 State St 20th Floor
Boston, MA 02109

Regions Bank
PO Box 10063
Birmingham, AL 35202

Allied Benefit Systems, LLC
200 W Adams Suite 500
Chicago, IL 60606

Fox Capital Group, INC
140 Broadway Fl 46
New York, NY 10005

Regions Bank
PO Box 2224
Birmingham, AL 35246-0026

Allstate Insurance
2775 Sanders Rd Ste F7
Northbrook, IL 60062

Jefferson County Commission
716 Richard Arrington Blvd North
Suite A430
Birmingham, AL 35203

Sabre Finance
2 Twentieth Street North Suite 115
Birmingham, AL 35203

BARR Credit Services
4555 S Palo Verde Rd Suite 125
Tucson, AZ 85714

Labella
1604 Ownby Lane
Richmond, VA 23220

The Avanza Group
3974 Amboy Road Suite 306
Staten Island, NY 10308

BRC
1500 1st Ave No #2
Birmingham, AL 35203

LG Funding LLC
1218 Union Street
Brooklyn, NY 11225

The Leviton Law Firm, LTD
One Pierce Place Suite 725W
Itasca, IL 60143

Brown & Joseph, LLC
P O Box 249
Itasca, IL 60143

Liberty Mutual
1200 Corporate Dr., Ste 100
Birmingham, AL 35242

The Sheffield Group
900 Corporate Dr
Birmingham, AL 35242

Citi
PO Box 6497
Sioux Falls, SD 57117

Orange Capital
c/o Berkovitch & Bouskila PLLC
80 Broad Street Suite 3303
New York, NY 10005

U S Small Business Administration
14925 Kingsport Road
Fort Worth, TX 76155

COMDATA
P O BOX 100647
Atlanta, GA 30384

Penske
2675 Morgantown Rd
Reading, PA 19607

Unique Funding Solutions, LLC
71 S Central Ave Suite 200
Valley Stream, NY 11580

Verizon Wireless
PO Box 660108
Dallas, TX 75266

Johnathan Neil & Associates, INC
18321 Ventura Blvd Suite 1000
Tarzana, CA 91356

The MB&W Building
26000 Cannon Rd
Bedford, OH 44146

ADT Security Service
PO Box 650485
Dallas, TX 75265-0485

Liberty Mutual
PO Box 85830
San Diego, CA 92186

U S Small Business Administration
SBA Disaster Loan Service Center
2 North 20th Steet Suite 320
Birmingham, AL 35203

ADT Security Service
PO Box 371878
Pittsburgh, PA 15250-7490

Liberty Mutual Group
100 Corporate Pkwy Ste 225
Birmingham, AL 35242

Yonatan Klestzick Esq
P O Box 356
Cedarhurst, NY 11516

Alabama Power
PO Box 830728
Birmingham, AL 35283

Liberty Mutual Group
175 Berkeley St
Boston, MA 02116

Allstate Insurance
PO Box 211651
Saint Paul, MN 55121

Lieberman and Klestzick LLP
Yonatan Klestzick
71 S Central Avenue, 2nd Floor
Valley Stream, NY 11580

Citi
PO Box 7389
Northbrook, IL 60065

National Enterprise Systems
29125 Solon Road
Solon, OH 44139-3442

COMDATA
5301 Maryland Way Suite 100
Brentwood, TN 37027

National Enterprise Systems
2479 Edison Blvd Unit A
Twinsburg, OH 44087

Convergent Outsourcing, Inc.
PO Box 9004
Renton, WA 98057

Regions Bank
2479 Edison Blvd Unit A
Twinsburg, OH 44087

James A Nadler
Aldridge Pite LLP
PO Box 52815
Atlanta, GA 30355

SBA
P O BOX 3918
Portland, OR 97208

# United States Bankruptcy Court
## Northern District of Alabama

In re    **WALCO Transport, LLC**                   Case No. _____

                                   Debtor(s)          Chapter    **7** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **WALCO Transport, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 18, 2023** _____

Date

**/s/ GINA H. MCDONALD** _____

**GINA H. MCDONALD ASB-1561-R77M**

Signature of Attorney or Litigant

Counsel for    **WALCO Transport, LLC** _____

**Gina H. McDonald & Associates, LLC**
**2057 Valleydale Road**
**Suite 202**
**Birmingham, AL 35244**
**205-982-3325 Fax:205-982-7070**